Name __Ashley L. Likins__

Prison Number __502 531__

Place of confinement __Hiland Mountian Correctional__

Mailing address __1101 Hesterburg Rd__

City, State, Zip __Eagle River AK 99577__

Telephone __907-694-9511__



RECEIVED

MAY 05 2021

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

__Ashley L. Likins__ ⊢76

　　(Enter full name of plaintiff in this action)

　　　　　　　　　　Plaintiff,

vs.

__State of Alaska Office of__,
__Childrens Service__,
　　　　　　　　　　　　　　　　　　　,

　　(Enter full names of defendant(s) in this action.
　　　Do NOT use *et al.*)

　　　　　　　　Defendant(s).

Case No. _____
　　　　　　　(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of __Ashley L. Likins__
　　　　　　　　　　　　　　　　　　　　　　　　　　　(print your name)

who presently resides at __Hiland Mountian Correctional__,
　　　　　　　　　　　(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2.  <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Emily Duke_____ is a citizen of
_AK_____, and is employed as a _OCS Case Worker_____.
(state)                                   (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Robert Brantly_____ is a citizen of
_AK_____, and is employed as a _OCS Case Worker_____.
(state)                                   (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Talya Robinson_____ is a citizen of
_AK_____, and is employed as a _OCS Case Worker/Supervisor_.
(state)                                   (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.**
**THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C.  Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary.  Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

<u>Claim 1</u>: On or about ___4-1-18 – 2019___, my civil right to
(Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Emily Duke___
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Ms Duke was my family case worker. She was super new on the Job, even saying my family was one of her very first cases. She spent zero time working on a reunification plan. She only asked me what my plans where to get my life back on track, I explained I needed to find a doctor for my ongoing back pain, sign up for housing and try to get a Job. She told me that this would be the case plan called Talya Robinson into sign off on it. Ms Robinson let us know she didn't believe it would work, she asked how to contact me and I told them both that at the time they would only be able to reach me by email as I had no mailing address or phone, They never brought up anything having to do with the girls, or any family planning. I had expected they would based on my experiences with ocs in 2008. I figured she would email me one that included things like parenting classes supervised visits with girls with my mom as a supervisor certain times or days where I could facetime or zoom with them, I figured I would still be included in everything about school there physicals with their pediatrician. However I was never contact me to communicate any reunification plans with me

Prisoner § 1983 - 3<br>PS01, Nov. 2013

<u>Claim 2:</u> On or about <u>11·1·19 — Present</u>, my civil right to
(Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List <b>only one</b> violation.)

was violated by <u>Robert Brantly</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Mr. Brantly didn't start working with us till we were already looking at termination, after Talya Robinson was removed from our case plan. He came into the picture not fully knowing our case or my family. He made distructive decitions for the remote location of my girls while not giving emmediate relitive placement. Traffiing my children throughout the state of Alaska, giving no concideration to allowing for family visits. This included a year long stay on the remote island of Craig Alaska. My parents were allowed to facetime call the twins once a week and noticed they were regressive. No one took time to investigate this placement. My twins were finally removed after it was discovered that they were abused. The girls had begun to have difficulties in their speach during this time. And we heard that Sophia would often get into trouble for sticking up for Bella. Sophia became defensive and Bella withdrew even more. They are now in a whole different family in Juneau

Prisoner § 1983 - 4<br>PS01, Nov. 2013

<u>Claim 3</u>: On or about <u>4-1-18 — 2019</u>, my civil right to
(Date)

(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by <u>Talya Robinsin</u>
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

I feel most betrayed by Ms. Robinsin. As the saying goes with greatness comes great responsibilty Talya with her supervisor position and many years of children services under her belt. She would often say in court things like "In my expert opinion" She stood for the State of Alaska office of childern services, and should have held the standards that the OCS webpage claims, about OCS being all about building strong family units in AK and putting family's back together. It was her responsibility to over see Emily Duke in the reunification of my family. Not only did she not make any efforts to do so she also was one of the people there at OCS that I told over and over how to reach me; it would have to be by email as I had no phone or address. I know now that OCS is "parent ran" (Ms Corsetter told me during my termination" However ms Robinson was traning Ms Duke she should have been over seeing the building of a case plan, making suggestions about how they could help me and my family to be successful. Instead she annouced to me that we would not be successful, she made sure we didn't either it took almost a year before she allowed me to visit the twins once removing them from my moms she moved them over and over causing emotional stress and tried to say that this was our (Jodi Likensoid I) fault and used it to help her case for termination of my parental rights.

Prisoner § 1983 - 5
PS01, Nov. 2013

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __☓__ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. Lawsuit 2:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes __☓__ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes ✕ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 2,500.⁰⁰ per violation day; per violation found

2. Punitive damages in the amount of $ same as above

3. An order requiring defendant(s) to Return my children to family

4. A declaration that OCS not facilitate or manage the case.

5. Other: Order C352 personell to monitor case

Plaintiff demands a trial by jury. ___X___ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Hiland Mountian on 5.1.21
(Location)                        (Date)

_Ashley_____
(Plaintiff's Signature)

PRO SE                        5.1.21
Original Signature of Attorney (if any)        (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013

Ushley Likins 802531
Hiland Mountain Correction Center
9101 Hesterberg Rd.
Eagle River AK 99577



United States District Court
District of Alaska
Clerk of Courts
Federal building U.S. Courthouse
222 W. 7th Ave, #4
Anchorage, Alaska 99513-7564

